```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

**STANFORD T. ALLEN, JR.,**

    **Plaintiff,**

v.                              CIVIL ACTION NO. 1:06-0597

**DAVID BALLARD, Warden,**

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

    Pending before the court is plaintiff's application for a certificate of appealability (doc. # 50). For the reasons stated in the court's Memorandum Opinion and Order of March 11, 2009, the Proposed Findings and Recommendation of Magistrate Judge VanDervort, and because the court finds neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, plaintiff's request for a certificate of appealability is DENIED. The Clerk is directed to forward a copy of this Memorandum Opinion and Order to the plaintiff, pro se, and to all counsel of record.

    IT IS SO ORDERED this 20th day of March, 2009.

                                          ENTER:

                                          David A. Faber
                                          Senior United States District Judge